In re Petition for DISCIPLINARY AC-
TION AGAINST Frank P. RAMAC-
CIOTTI, an Attorney at Law of the State
of Minnesota.

No. C7–95–551.

Supreme Court of Minnesota.

April 12, 1995.

### ORDER

WHEREAS, the Director of the Office of
Lawyers Professional Responsibility has filed
a petition for disciplinary action alleging that
respondent Frank P. Ramacciotti failed to
comply with the stipulated terms of a private
probation by failing to timely obtain a psy-
chological evaluation and treatment, failing to
timely provide medical authorizations, and
failing to cooperate with the Director's office
in their investigation, that respondent had
been found in contempt of court for failure to
pay maintenance and child support and to
respond to discovery, and that respondent
had failed to file federal and state income tax
returns for tax years 1987 through 1994 and
for a number of years prior to 1987, and

WHEREAS, respondent has uncondition-
ally admitted the allegations of the petition,
has waived any rights he has pursuant to
Rule 14, Rules on Lawyers Professional Re-
sponsibility, and has entered into a stipula-
tion with the Director whereby they jointly
recommend an indefinite suspension, and be-
fore reinstatement pursuant to Rule 18, that
he must demonstrate psychological fitness,
compliance with court orders, financial re-
sponsibility, compliance with federal and
state tax requirements, a willingness and
ability to cooperate with the disciplinary sys-
tem and recommend further that upon any
reinstatement that respondent be placed on
supervised probation for at least 2 years, and

WHEREAS, this court has independently
reviewed the record and agrees that the con-
duct admitted to by respondent warrants the
agreed to disposition.

IT IS HEREBY ORDERED that respon-
dent Frank P. Ramacciotti is indefinitely sus-
pended and upon compliance with the condi-
tions set out above will be eligible to apply
for reinstatement pursuant to Rule 18; pro-
vided, however, that upon any reinstatement
respondent shall be placed on supervised
probation for not less than 2 years. The
Director is awarded $750 in costs and dis-
bursements.

BY THE COURT:

/s/ M. Jeanne Coyne
  M. Jeanne Coyne
  Associate Justice